UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:15-00059 |
| | ) | JUDGE CAMPBELL |
| FRANK ZAVALA | ) | |

ORDER

Pending before the Court is the Defendant's Motion (Docket No. 15), requesting that the Defendant's appearance at the status conference set for April 15, 2016 be excused. The Motion indicates that the Defendant intends to enter a guilty plea at the hearing set for May 9, 2016.

The Motion is GRANTED as follows: the status conference set for April 15, 2016 is CANCELLED.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE